UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

                                                 **CHECKLIST FOR CONFERENCE**
                                                  **PURSUANT TO RULE 26(f)**
                     Plaintiff(s),

- v -

                                                        __ CV ____ (___) (PK)

                     Defendant(s).
------------------------------------------------------------x

The parties conferred pursuant to Federal Rule of Civil Procedure 26(f) on _____, 201_ (this date must be at least five (5) business days before the Initial Conference).

1. Automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure were completed on _____, 201_.

2. The parties reviewed **all** of the following and determined:

    Medical authorizations:
        Not applicable ☐    Requested ☐    Completed ☐

    Section 160.50 releases:
        Not applicable ☐    Requested ☐    Completed ☐

    Identification of John/Jane Doe defendants:
        Not applicable ☐    Requested ☐    Completed ☐

    Procedures for producing electronically stored information (ESI):
        Not applicable ☐    Requested ☐    Completed ☐

    Protective Order/Stipulation of Confidentiality (*Requires Court Approval*):
        Not applicable ☐    Requested ☐    Completed ☐

*revised 11-2016*

Calculation of Damages Chart:
Not applicable ☐     Requested ☐     Completed ☐

3. The parties completed the proposed Initial Scheduling Order ☐ (check).

*Attorney for Plaintiff(s)*                              *Attorney for Defendant(s)*

Signature:                                               Signature:

_____                       _____

Name:                                                    Name:
Address:                                                 Address:


E-mail:                                                  E-mail:
Tel:                                                     Tel:
Fax:                                                     Fax:

*revised 11-2016*